TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19926/0156506008

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-17652-CGC |
| Yvette V. Diaz and Jesus Hector Moron-Palafox Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A. | O R D E R |
| Movant, vs. | (Relating to docket #9) |
| Yvette V. Diaz and Jesus Hector Moron-Palafox, Debtors; S. William Manera, Trustee. Respondents. | |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

_____
UNITED STATES BANKRUPTCY JUDGE