# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Attorneys for Movant

09-19926

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | Chapter 7 |
| Yvette V. Diaz and Jesus Hector Moron-Palafox<br>　　　Debtors. | No. 2:09-bk-17652-CGC |
| Wells Fargo Bank, N.A. | MOTION FOR ABANDONMENT |
| 　　　Movant,<br>vs. | |
| Yvette V. Diaz and Jesus Hector Moron-Palafox,<br>Debtors; S. William Manera, Trustee. | |
| 　　　Respondents. | |

COMES NOW, Wells Fargo Bank, N.A. its assignees and/or successors in interest ("Movant" herein) by and through counsel undersigned, and moves the Court for an Order of Abandonment, pursuant to 11 U.S.C. 554(b) and in support thereof, states as follows:

1.　　Yvette V. Diaz and Jesus Hector Moron-Palafox filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. S. William Manera was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

Lot 55, of SUNDANCE RANCH II, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona. recorded in Book 567 of Maps, Page 26

2. Debtors executed a Note secured by a Deed of Trust, dated November 9, 2006, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

3. That the debtor is in default under the terms of the Note and Deed of Trust for failure to make the installment payments due on February 1, 2010, each month thereafter. The current default amount is set forth below:

| | |
|---|---|
| 2 Monthly Paymentsat $1,480.54 | $2,961.08 |
| (February 1, 2010 - March 1, 2010) | |
| Corporate Advance | $155.00 |
| Attorneys Fees | $800.00 |
| Motion for Relief Filing Fee | $150.00 |
| Previous bankruptcy fees and costs | $700.00 |
| Accrued Late Fees | $432.87 |
| Suspense Amount | ($19.46) |
| Total | $5,179.49 |

4. Movant is informed and believes and therefore alleges that the Debtors and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to Debtors' Schedule "A" is $123,000.00, less ten percent (10%) cost of marketing, less the first and second secured liens resulting in no equity. A true and correct copy of the Debtors' Schedule "A" is attached hereto as Exhibit "C".

5. The real property is burdensome and of inconsequential value to the estate and should therefore be abandoned.

WHEREFORE, Movant prays that this Court enter an order that the Trustee is authorized, empowered and directed to abandon all interest as trustee in the subject property, and for such other and further relief that is just and property.

RESPECTFULLY SUBMITTED this 30th day of March, 2010.

                                    TIFFANY & BOSCO, P.A.

                                    By/s/ MSB # 010167

                                        Mark S. Bosco
                                        Leonard J. McDonald, Jr.
                                        Attorneys for Movant

| | |
|---|---|
| 1 | COPY of the foregoing mailed |
| 2 | This 30th day of March, 2010 to: |
| 3 | Yvette V. Diaz and Jesus Hector Moron-Palafox |
| 4 | 8027 W. Williams St.<br>Phoenix, AZ  85043 |
| 5 | Debtors |
| 6 | Victoria A. Bellomo<br>3411 N. 32nd St. |
| 7 | Phoenix, AZ  85018<br>Attorney for Debtors |
| 8 | |
| 9 | S. William Manera<br>P.O. Box 44350 |
| 10 | Phoenix, AZ  85064-4350<br>Trustee |


1  COPY of the foregoing mailed
2  This 30th day of March, 2010 to:

3  Yvette V. Diaz and Jesus Hector Moron-Palafox
   8027 W. Williams St.
4  Phoenix, AZ  85043
   Debtors
5
   Victoria A. Bellomo
6  3411 N. 32nd St.
   Phoenix, AZ  85018
7  Attorney for Debtors

8  S. William Manera
9  P.O. Box 44350
   Phoenix, AZ  85064-4350
10 Trustee

11 U.S. Trustee
12 230 North 1st Avenue, Suite 204
   Phoenix, AZ 85003-1706
13
   AZ Des Child Support
14 2222 W Encanto Blvd
   Phoenix, AZ 85009
15
16 Child Support
   3443 N Central Ave 4th Floor
17 Phoenix, AZ 85012

18 Des Child Support
   Po Box 40458
19 Phoenix, AZ 85012

20 By: Julie Bush